UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEITH V. BROWN

VERSUS

CINTAS SALES CORPORATION

CIVIL ACTION

NO. 99-374-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the Motion for Summary Judgment filed by defendant, Cintas Sales Corporation is granted and this matter is hereby dismissed.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, April 23, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA